Monte J. White & Associates, PC
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | § CASE NO.  11-70256-HDH-13 |
| | § |
| Lonnie Eugene Hair | § |
| and | § JUDGE HARLIN D. HALE |
| Mary Elizabeth Hair | § |
| | § HEARING DATE: 8/21/2013 |
| DEBTORS | § HEARING TIME: 10:00 A.M. |

NOTICE OF HEARING, PRE-HEARING CONFERENCE
AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION

NOTICE OF HEARING

On 8/21/2013, which is at least twenty-eight (28) days from the date of service hereof, at 10:00 o'clock A.M. a HEARING on the above and foregoing "Modification of Plan After Confirmation" will be held before the Bankruptcy Judge in Room 208, U.S. Courthouse, 10TH AND LAMAR Street, WICHITA FALLS, Texas. Creditors are not required to attend unless they have objections to the Modification.

NOTICE OF PRE-HEARING CONFERENCE

A PRE-HEARING CONFERENCE will be held by the Trustee at 8:30 o'clock A.M. prior to the above hearing time at the following location 10TH AND LAMAR STREET, WICHITA FALLS, TEXAS. Hearings on Motions to Modify Plans with objections not resolved at the PRE-HEARING CONFERENCE will be heard by the Court at the scheduled Hearing time.

NOTICE is hereby given that pursuant to 11 USC 1329 the attached "Modification of Plan" dated 07/19/2013, will be approved by the Court as the Debtor(s) Modified Chapter 13 Plan Unless a party in interest files a written "Objection to the Modification" within twenty-one (21) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An "Objection to Modification" shall be made in writing to the following: U.S. Bankruptcy Court, Clerks Office, 1100 Commerce Street Room 12A24, Dallas, TX 75242, with copies sent to Walter O'Cheskey, Chapter 13 Trustee, 6308 Iola, Lubbock, TX, 79424 and Debtor(s) Attorney at the above address.

Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:
Lonnie Eugene Hair                         § CASE NO. 11-70256-HDH-13
 and                                       §
 Mary Elizabeth Hair                       § HEARING DATE: 8/21/2013
DEBTOR(s)                                  § HEARING TIME: 10:00 A.M.

FIRST MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

DATE: 07/19/2013

Pursuant to 11 USC 1329, the Debtor(s) (per the undersigned attorney) or the Standing Chapter 13 Trustee, requests the following Modification of Debtor(s) Confirmed Plan herein:

I. HISTORY OF THE CASE

1. Date Case Filed: 7/1/2011

2. Date of Section 341 Meeting: 8/4/2011

3. First Payment Date: 7/31/2011

4. Date of Confirmation: 8/29/2011

5. Total Plan Term Prior to this Modification: 60

6. Number of Months from First Payment Date through month prior to estimated month of Modification Approval:   25

7. Remaining Plan Term (subtract item 6 from the lesser of item 5 or 60 months): 35

8. Amount of Arrears through the month prior to the date the Modification is filed: NONE

9. Date plan payments are to resume: 8/31/2013

10. Total Payments Paid to the Trustee through the month prior to the date the Modification is filed with the clerk: $12,168.00

11. Total payments due to the Trustee through the month prior to the date the Modification is filed with the clerk:  $12,168.00

12. Total Payments Due to the Trustee from the month the Modification is filed to the month the Modification is set for approval: $507.00

13. List Dates of any Prior Orders Modifying, Interlocutory Orders, or Special Supervision Orders:

TRCC 3/13/2012

II. MODIFICATION REQUESTED
(CHECK 1 OR MORE OF THE FOLLOWING 4 CHOICES)

__x__     INCREASE monthly payment from $507.00 per month to $646.00 per month (must coincide with resume date shown in item 9 above)

Any arrears indicated in item 8 above shall be cured by the following method: N/A

III. RESUMPTION OF PAYMENTS TO THE TRUSTEE
(All information below must be complete)

Payments can only change as of the month the modification is approved.  Payments to the Trustee in the amount of $646.00 will resume on or before 8/31/2013 for 35 months (item 7 above) remaining in the Modified Plan as of the date the modification is approved.

Base amount will change from $30,420.00  to $35,285.00

If the base amount has changed complete the following:

1.   Total Paid in as of the month prior
to Modification Approval:                          $12,675.00

2.   (+)Plus Total Payments to be made
through the Remainder of Plan:                  $22,610.00
(Making up any arrears in item 9 above)

3. (=) New Base Amount                            $35,285.00

IV. TREATMENT OF UNSECURED CREDITORS

   Unsecured creditors are not guaranteed a dividend when a plan is confirmed. See general order 2007-2.  Allowed general unsecured claims may receive a pro-rata share of the unsecured creditors' pool, but not less than the section 1325(a)(4) amount of non-exempt property less allowed administrative and priority claims, after the TRCC becomes final.  A proof of claim must be timely filed to be allowed.

X  The unsecured creditor pool remains $0.

V.  SECURED, PRIORITY OR SPECIAL CLASS TREATMENT

   ADD/DELETE/SURRENDER/CHANGE the following Secured, Priority or Special Class Unsecured Creditor(s):

C/D;A=ADD;D = DELETE; S = SURRENDER; CF = CHANGE FROM; CT = CHANGE TO

| A | P-IRS Special Procedures | 2011 & 2012 post-petition tax liability | $2,366.19 & $2,028.05 = $4,394.24 | $125.55 per month |
|---|---|---|---|---|

Note:  Changes to any creditors above shall not be effective until the Modification is approved.

## VI.  ATTORNEY FEES

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $350.00 plus $50.00 in costs, of which $400.00 will be paid through the Plan by the Trustee;

## VII.  REASON FOR MODIFICATION

   This modification is requested for the following reason(s):  Debtors wish to provide payment for 2011 and 2012 income tax liability through the Chapter 13 plan.

## VIII.  BUDGET INFORMATION

     At the time of filing this modification the debtor shall provide a filed marked copy of the current budget (schedules I & J) and the three most recent pay stubs to the Trustee.

N/A

                              Respectfully submitted,

                              /s/Monte J. White
                              Attorney for Debtor(s)

### CERTIFICATE OF SERVICE

   I certify that a true copy of the above and foregoing Modification of Plan after Confirmation, Notice of Hearing and Pre-Hearing Conference has been served by me on 07/19/2013, on all parties on the attached matrix, by United States First Class Mail, proper postage affixed.


                              /s/Monte J. White
                              Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-7<br>Case 11-70256-hdh13<br>Northern District of Texas<br>Wichita Falls<br>Fri Jul 19 11:00:05 CDT 2013 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | CANDICA, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One,N.A<br>CO Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374-0933 | City of WF, WFISD, Wichita Co<br>CO Harold Lerew<br>P.O. Box 8188<br>Wichita Falls, Texas 76307-8188 |
| Clay County Appraisal District<br>P O Box 108<br>Henrietta TX 76365-0108 | Dan G. Young<br>McCleskey, Harriger, Brazill & Graf, LLP<br>PO Box 6170<br>Lubbock, TX 79493-6170 | Executive Services-Pathology<br>1200 Austin St<br>Wichita Falls, TX 76301-4623 |
| Executive Services-Titanium Emerg<br>1200 Austin St<br>Wichita Falls, TX 76301-4623 | First National Bank of Byers<br>Cattlemans Branch<br>PO Box 4376<br>Wichita Falls, TX 76308-0376 | Global Acceptance Credit Co, LP<br>CO Dan G. Young<br>PO Box 6170<br>Lubbock, TX 79493-6170 |
| Global Acceptance Credit Company, LP<br>P.O. Box 172800<br>Arlington, TX   76003-2800 | Hsbc Bank-Orchard Bank<br>ATTN: BANKRUPTCY<br>PO Box 5895<br>Carol Stream, IL 60197-5895 | I C System Inc-Thomas Taylor<br>Po Box 64378<br>Saint Paul, MN 55164-0378 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Special Procedures-Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>ST CLOUD MN 56302-7999 |
| Kell West Regional Hospital<br>5420 Kell West Blvd<br>Wichita Falls, TX 76310 | Kohls-capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 | McCleskey, Harriger, Brazill & Graf<br>Dan G. Young<br>PO Box 6170<br>Lubbock, TX 79493-6170 |
| Monte J. White & Associates<br>1106 Brook Ave<br>Wichita Falls TX 76301-5009 | RJKJB, LLC<br>PO Box 9287<br>Wichita Falls, TX 76308-9287 | Recovery Management Systems Corporation<br>25 SE 2nd Ave. Ste. 1120<br>Miami, FL 33131-1605 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | WICHITA FALLS CITY, ISD & WICHITA CO<br>CO PERDUE BRANDON FIELDER COLLINS & MOT<br>PO BOX 8188<br>WICHITA FALLS TX 76307-8188 | Lonnie Eugene Hair<br>3909 Cynthia<br>Wichita Falls, TX 76302-2101 |
| Mary Elizabeth Hair<br>3909 Cynthia<br>Wichita Falls, TX 76302-2101 | Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Hamilton Place<br>Wichita Falls, TX 76301-5009 | UST U.S. Trustee<br>1100 Commerce Street<br>Dallas, TX 75242-1011 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Capital One, N.a.
Bankruptcy Dept
PO Box 5155
Norcross, GA 30091

IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX 75246



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Jefferson Capital Systems LLC
PO BOX 7999
ST CLOUD, MN 56302-7999

End of Label Matrix
Mailable recipients    30
Bypassed recipients     1
Total                  31